## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 202 EAL 2015
:
               Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
         v. :
:
:
:
ANTONIO MOLINA, :
:
               Petitioner :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 10th day of August, 2015, the Petition for Allowance of Appeal and Petition for Leave of the Court to Allow New Evidence are **DENIED**.